838 A.2d 564

PENNSYLVANIA SCHOOL BOARDS ASSOCIATION, INC.; The Cameron County School District, The Butler Area School District, The Mars Area School District and The Pocono Mountain School District, for themselves and for all similarly situated public school districts, Appellants

v.

Charles B. ZOGBY, Secretary of Education of the Commonwealth of Pennsylvania; the Pennsylvania Department of Education, Western PA Cyber Charter School, Commonwealth Cyber Charter School, T.E.A.C.H Charter School, a/k/a Einstein Academy, and the Pennsylvania Virtual Charter School, Appellees.

No. 93 MAP 2002.

Supreme Court of Pennsylvania.

Oct. 24, 2003.

### ORDER

Jurisdictional Review

PER CURIAM.

AND NOW, this 24th day of October, 2003, probable jurisdiction is noted. The appeal is denied. *See Pennsylvania School Boards Association, Inc. v. Zogby*, 573 Pa. 687, 823 A.2d 146 (2003) (Table No. 551 MAL 2002; Table No. 482 MAL 2002).